GAFFNEY, Appellant, vs. SCHAUER and others, Respondents.

For the appellant: *Gold & McCann,* attorneys, and *J. E. Porter* of counsel, all of Milwaukee.

For the respondents: *E. C. Pommerening* and *Earl J. Kuehl,* both of Milwaukee.

*By the Court.*—Judgment affirmed.

WEISE, Plaintiff and Appellant, vs. GORECKI and others, Defendants and Respondents: AMERICAN AUTOMOBILE INSURANCE COMPANY, Impleaded Defendant and Appellant.

For the appellants: *L. E. Vaudreuil* of Kenosha.

For the respondent Bernard Kondratowicz: *Val. W. Dittmann* of Kenosha.

For other respondents: *Hammond & Jones* of Kenosha.

*By the Court.*—Judgment affirmed.

GRABER, Respondent, vs. SMITH, Appellant.

For the appellant: *Clarence E. Rinehard* of Chippewa Falls.

For the respondent: *Culbertson & McPhee* of Stanley.

*By the Court.*—Judgment affirmed.